■ In the Matter of RAFIQA ARIEL, Appellant, v DONALD ARIEL, JR., Respondent. In the Matter of RAFIQA ARIEL, Appel-

lant, v DONALD ARIEL, JR., Respondent. In the Matter of DON-ALD ARIEL, JR., Respondent, v RAFIQA ARIEL, Appellant. In the Matter of DONALD ARIEL, JR., Respondent, v RAFIQA ARIEL, Appellant. [908 NYS2d 381]—Appeal from an order of the Family Court, Erie County (Lisa Bloch Rodwin, J.), entered June 10, 2009 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, denied the petition of petitioner-respondent Rafiqa Ariel for primary residential custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.